AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00666 |
| Josiah Kenyon | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 11/23/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| _Defendant_ | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ __Josiah Kenyon__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)
18 U.S.C. § 1361
18 U.S.C. § 111(a)(1) and (b)
18 U.S.C. § 1752(a)(1) and (2)
40 U.S.C. § 5104(e)(2)(D) and (F)

Date: __11/23/2021__

Zia M. Faruqui
2021.11.23 20:01:27 -05'00'

_Issuing officer's signature_

City and state: __Washington, D.C.__   __Zia M. Faruqui, U.S. Magistrate Judge__
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 12/1/2021, and the person was arrested on _(date)_ 12/01/21
at _(city and state)_ Reno, NV.

Date: 12/1/2021

_Arresting officer's signature_

ERIK G. ANDERSON, SPECIAL AGENT
_Printed name and title_