UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 21-0726 CJN |
| v. : | |
| : | |
| JOSIAH KENYON, : | |
| : | |
| Defendant. : | |

## UNITED STATES' MOTION TO TRANSFER DEFENDANT JOSIAH KENYON TO DISTRICT OF COLUMBIA JAIL

The United States of America hereby moves this Court for an order requiring the United States Marshal Service to transfer Defendant Josiah Kenyon from the Northern Neck Regional Jail to the District of Columbia Jail. In support of its motion, the Government states as follows:

1. Defendant Josiah Kenyon was charged via Complaint on November 23, 2021, with various crimes related to his participation in the riots at the United States Capitol on January 6, 2021. Doc. 1.

2. On December 1, 2021, Defendant was arrested near Reno, Nevada. Doc. 5. On December 3, 2021, he made his initial appearance in the District of Nevada. He was detained pending trial and was transported by the United States Marshal Service to the D.C. area.

3. On December 10, 2021, a federal grand jury returned a nine-count indictment charging Defendant with the following crimes: 18 U.S.C. § 231(a)(3), Civil Disorder, two violations of 18 U.S.C. §§ 111(a)(1) and (b), Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon; 18 U.S.C. § 1361, Destruction of Government Property over $1000;

18 U.S.C. §§ 1752(a)(1) and (b)(1)(A), Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon); 18 U.S.C. §§ 1752(a)(2) and (b)(1)(A), Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; 18 U.S.C. §§ 1752(a)(4) and (b)(1)(A), Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, 40 U.S.C. § 5104(e)(2)(D), Disorderly Conduct in the Capitol Grounds or Buildings, 40 U.S.C. § 5104(e)(2)(F), Act of Physical Violence in the Capitol Grounds or Buildings.

4. Upon transfer to the Washington, D.C. area, Defendant was placed at the Northern Neck Regional Jail in Virginia.

5. As this Court is aware, the January 6 riot cases involve significant amounts of discovery, both unique to the defendant and globally applicable to all January 6 defendants. In an effort to provide January 6 defendants meaningful access to the substantial discovery, the United States Attorney's Office ("USAO") has coordinated specifically with the D.C. Jail to provide methods for defendants to review and digest the evidence. Because of the nature of the information in the discovery, including sensitive information and massive amounts of electronic media, the USAO has devoted significant resources to working with the D.C. Jail to coordinate access for detained defendants. Currently, the USAO is not able to expand its discovery program to other detention facilities. Thus, for Defendant Kenyon to have the opportunity to meaningfully review the discovery in his case, a transfer to the D.C. Jail is necessary.

6. The United States has contacted counsel for Defendant Kenyon and Defendant Kenyon objects to a transfer to the D.C. Jail.

WHERFORE, for all of the aforementioned reasons, the United States respectfully requests that this Court grant this motion and enter an Order requiring the United States Marshal Service to transfer Defendant Josiah Kenyon to the D.C. Jail so that he may meaningfully review the United States' discovery and evidence against him.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

    By: /s/ *Jennifer M. Rozzoni*
    JENNIFER M. ROZZONI
    NM Bar No. 14703
    Assistant United States Attorney - Detailee
    United States Attorney's Office
    203 3rd Street, Suite 900
    Albuquerque, New Mexico 87102
    Tel. No. 505-350-6818
    Email: jennifer.m.rozzoni@usdoj.gov