# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | CR. NO. 21-CR-726 (CJN) |
| **JOSIAH KENYON** | ) | |
| | ) | |

## UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

Josiah Kenyon, through undersigned counsel, respectfully moves this Honorable Court to continue the Status Conference scheduled for August 18, 2022 at 3:00 p.m. to August 24, 2022 at 2:00 p.m. Undersigned counsel has a sentencing hearing scheduled for August 18th at 3:00 p.m. The government does not oppose this motion. Since the parties are in plea negotiations, it would be appropriate to exclude time from the Speedy Trial Act until the next court date.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500

## **CERTIFICATE OF SERVICE**

I, Ubong E. Akpan, certify that on this 8th day of August 2022, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
Ubong E. Akpan
Assistant Federal Public Defender