# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 21-726 CJN |
| | : | |
| Plaintiff, | : | VIOLATION: |
| | : | |
| v. | : | 18 U.S.C. §§ 111(a)(1) and (b) |
| | : | (Assaulting, Resisting, or Impeding |
| JOSIAH KENYON, | : | Certain Officers Using a Dangerous |
| | : | Weapon, Inflicting Bodily Injury) |
| Defendant. | : | |

## I N F O R M A T I O N

The United States Attorney charges that:

On or about January 6, 2021, within the District of Columbia, **JOSIAH KENYON**, using a deadly or dangerous weapon, that is, a table leg, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, and inflict bodily injury on, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, K.H., an officer from the Metropolitan Police Department, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

Date: August 24, 2022

                Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY

By: *s/ Jennifer M. Rozzoni*
    JENNIFER M. ROZZONI
    NM Bar No. 14703
    Assistant United States Attorney - Detailee
    201 3rd Street, Suite 900, Albuquerque, NM 87102
    Tel. No. 505-350-6818
    jennifer.m.rozzoni@usdoj.gov