UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR. NO. 21-CR-726 (CJN) |
| JOSIAH KENYON | ) | |
| | ) | |

**UNOPPOSED MOTION TO CONTINUE
SENTENCING HEARING**

Josiah Kenyon, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing scheduled for February 16, 2023 and the sentencing memoranda deadlines.  Defense counsel needs additional time to receive and review additional records in preparation for sentencing and has been in a jury trial this week.  The government does not oppose this motion.  The parties are available on Friday, March 17th for the sentencing hearing.  The parties agree that excluding time under the Speedy Trial Act is warranted because the ends of justice served by the continuance outweigh the public's interest and the Defendant's interests in a speedy trial.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

\_\_\_\_/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 2nd day of February 2023, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
UBONG E. AKPAN
Assistant Federal Public Defender