UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.           : | Case No. 21-cr-726 (CJN) |
| : | |
| JOSIAH KENYON, : | |
| : | |
| Defendant.    : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT
TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28**

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter. Exhibits A and C are videos obtained from social media. Exhibits B and D are MPD body-worn camera footage. Exhibits E, F, G, and H are open-source video. Exhibit I is a BOLO video created by the FBI.   The exhibits are:

A. Exhibit A depicts the defendant breaking a U.S. Capitol window.

B. Exhibit B depicts the defendant throwing an orange pylon into a police officer's riot shield.

C. Exhibit C similarly depicts the defendant throwing an orange pylon into the U.S. Capitol's Lower West Terrace tunnel.

D. Exhibit D depicts the defendant striking at a police officer with a table leg from the vantage point of the officer.

E. Exhibit E depicts the defendant striking at a police officer with a table leg from a third-party vantage point.

F. Exhibit F similarly depicts the defendant striking at a police officer with a table leg from a third-party vantage point.

1

G. Exhibit G similarly depicts the defendant striking at a police officer with a table leg from a third-party vantage point.

H. Exhibit H depicts the defendant yelling encouragement to the surrounding mob at the U.S. Capitol Lower West Terrace.

I. Exhibit I depicts the defendant wielding a table leg against police officers in the Lower West Terrace tunnel.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar No. 481052

By:   */s/ Nathaniel K. Whitesel*
    NATHANIEL K. WHITESEL
    Assistant United States Attorney
    DC Bar No. 1601102
    601 D Street NW
    Washington, DC 20530
    nathaniel.whitesel@usdoj.gov
    (202) 252-7759