# EXHIBIT 1

To the Honorable Carl J. Nichols;

Regarding Mr. Kenyon;

Josiah was raised with fervent belief in serving God and country. Since he was very young, he wanted to be a soldier. Although his youth was disrupted by the divorce of his parents and exposure to homelessness and criminal culture, he always kept his moral compass. He has always stood against injustice and wrongdoing; he would defend any single person against multiple assailants, protect ladies and young people, and encourage those around him toward moral accountability. He has witnessed and ministered to many, even in the midst of his own hopelessness. He expressed to me that he viewed himself as expendable - that he would gladly give his life to help another person have a better chance.

Although he is very personable and a quick learner possessed of many skills, Joe struggled to keep steady work after the births of our sons, in large part due to my emotional instability, which did not contribute to his wellbeing. We love each other dearly, and he is an exemplary husband and father, but my weaknesses rebounded off his negative experiences of rejection and social stigma in such a way as to exacerbate his fears of failure and feelings of worthlessness.

In 2018, he returned to one of his passions of craftsmanship: using repurposed materials to make custom knives, tools and sheaths. The items he created were popular with our friends and neighbors, rekindling Josiah's hope that he could run a small business in this vein. We dreamed of making a ministerial outreach cooperative founded on the concept, to help people struggling with addiction,

trauma, and criminal history achieve useful skills, spiritual therapy, and a fresh start. We spent the next two years endeavoring to build a rural home from which to pursue this hope. Despite meager finances, Josiah's ingenuity and perseverance provided our family with comfort. We enjoyed evenings by our woodstove, playing cards or reading aloud to one another. Our sons decorated their bedroom — an activity which symbolized success and happiness to my husband. He had so much hope built back up from the worry of previous years.

With the start of year 2020, came a wave of strangeness. We heard rumors of empty store shelves, and dark, foreboding comments from veterans of our acquaintance. Our county of residence refused our proposals for environmentally-friendly water systems, insisting that our property needed a well to be considered liveable - in a place of toxic groundwater, where the only county-respected well driller charges exorbitant prices, and is a relative of the county commissioner. Over the following months, the cost of living rose, store or other business opening hours grew erratic due to pandemic concerns, and the office managing our health benefits began sending me mail which instructed me to call a worker named Robert at a given phone number. However, the phone number listed only ever went to a voicemail recording with an unclear message that did not sound like "Robert." Accordingly, our benefits were shut off, though I had left repeated messages but never received a call back.

By the end of spring, Josiah was worried again and feeling very emotionally vulnerable. After an unpleasant encounter with our

nearest neighbor, he decided to move out. Our landlord was very kind to us, and we did not wish to put him through inconvenience once we were unable to pay our monthly property note, nor did we have much hope of appeasing the county on the well issue. In bitterness and sorrow, we packed our vehicle with as many of our possessions as it could carry.

During the following months, Josiah's mental and emotional stability were affected poorly by our circumstances. We now had no real plan amid the fear and uncertainty of the pandemic, and the sensation of having lost the progress he had made caused Josiah deep grief. There were many times he would be in tears when I awoke, and toward the end of the year he began telling me with increasing frequency that he thought he was losing his mind. Not really understanding at the time what he meant, I tried to be reassuring and supportive; I told Josiah he was sane, and strong and doing well in difficult circumstances. In our conversations since his arrest, he has told me that by New Year 2021, he had reached a point of suicidal despair, and made a desperate decision in the hope that he would die in the events of January 6, which, in his mind, would somehow be of benefit to myself and our children. He felt that he was witnessing corruption and evil destroying the nation and taking hope from our family and millions like us, and could not live with standing by and watching in silence. He has expressed to me his wish that I communicate the fact that he is no communist or anarchist, neither antifa nor racist — just a father afraid for his children who did not know what action to take that seemed productive. I believe that although


his logic was addled, his motives were pure. His evaluation that our sons and I would be better off without him is incorrect - we miss him desperately and life is much harder without him. We love him no less for the decisions he made. I understand that sentencing is not a matter of emotion, or purely personal decision, but I would ask that you consider the influence upon our sons; lengthy incarceration would mean young ones longer deprived of their father; of the stability and support he provides physically and psychologically, which I fear would risk repeating the cycle Josiah experienced in young adolescence with his parents' divorce. For the sake of our children, the love of whom drove Josiah to the decisions for which he is in your court, I ask for compassion to take a part in your rulings regarding my husband.

The laws of our nation are founded on morality, including the value of family. I trust that you will make a decision of which none should be ashamed. I hope my letter finds you well, and that you continue in soundness of health, mind and conscience.

Sincerely,

Elizabeth Kenyon