# EXHIBIT 2

03/09/2022

To the Honorable Carl J. Nichols;

I am writing to you in concern for my husband's mental health and overall wellbeing. When he is able to call me from jail, about one call in every five contains expressions of suicidal ideation. I truly hope and pray that he is not serious and takes no action upon those words; I also believe there to be an assortment of factors influencing his thought process.

For one thing, I know factually that hunger plays a large part in driving him to these thoughts. The basic supplied diet at Northern Neck Regional Jail is quite scanty by all reports - I am told about 1,100 calories per day. I know I would not be clear of mind and stable in emotions myself on such a diet. When Josiah's ability to access commissary supplies is disrupted by events within the jail, the increase in weeping and despairing statements during our phone calls is notable.

During these times of hunger for Josiah, he is especially reliant on spiritual nourishment for strength to endure. However, the disruptions to commissary access frequently coincide with being deprived of his Bible. He told me today that it had been taken away from him again, in addition to his blanket and mattress. Although I did not press for details, I can only assume this indicates some troubling event within the inmate population and staffing community of the jail. Last month he had reported to me that he was participating in a prayer group with other inmates, and finding it very helpful. He sounded like himself again. I believe he has been systematically separated from the men he was fellowshipping with, possibly in an effort to undermine the benefits he was experiencing. As he combats feelings of despair, failure, and having been forsaken or betrayed - all of these being long-term challenges for him in the course of his life - he is in danger; fighting in the spirit against influence toward self-destruction, and feeling all alone. I do not know if you pray; but I feel it would not be a conflict of interest for someone in your position to pray for incarcerated people and their families. My greatest fear at this stage in events is that Josiah will give in to despair and deprive our children of the chance to see their father again, leaving that

pg1

terrible hole in their lives forever. Josiah needs support and understanding in these trials; I provide as much as I can with our phone calls and wish I knew how to do more.

I believe matters of trauma also play a significant role in Josiah's situation. As I mentioned in my previous letter, events such as his parents' divorce and being essentially disowned to make room for a stepsibling during his teenage years impacted him painfully. Before we began our relationship, he had spent nearly ten years living on the street, alone.

He cherishes his family immensely - we are, I think, the greatest drive in his life. So many nights he has sat up, worrying and watching over us until we woke up. Fear of failing to protect or provide for us has taken a toll on his physical and mental health over the years, from exertion to perform all the tasks he saw necessary to intense ulcers resulting from stress. I must own that I have not always been supportive or kind to him, and spent years engaged in hurtful and destructive interactions with him that compounded his extant traumas and contributed to his feelings of being unable to support us. These things I so deeply regret and wish to make up to him, to help him heal from then and believe in his own worthiness. He has emotionally and spiritually helped and guided me through my own troubles, fostering my sanity, strength and hope. Now that we have arrived to our present situation, to maintain the wellbeing of myself and our children, support my husband's emotional needs and make him proud is my consuming goal.

The departure from our home in 2020 is also an event I would characterize as traumatic for Josiah, in the light of his concerns pertaining to provision for family. He was so glad to have a place to call our own, which he continually worked on improving. The feeling of safety, stability and belonging, of having achieved these things for his family, provided a huge restoration of hope to his outlook. Believing that he could no longer maintain these achievements in the upheavals of 2020 crumbled that hope and left him feeling aimless, in terror and despair. We wandered and camped through the summer, relying on ministerial outreach programs for most of our food supplies. But in early October, our van went over the edge of a mountain road on National Forest land—

our timing relay failed as we came down a curve, and the van landed on its roof in a drainage culvert 10 feet below the road. God was holding us tenderly that day. Nobody lost consciousness; none of the items we had packed in the van struck or injured anybody. I was able to get my door (front passenger) open, and Josiah got out the driver's door. Our younger son, ▓▓ had clung to his seat and I helped him out of my door and up onto the side of the van, as it sat on a diagonal tilt in the culvert. But ▓▓ our older son, was trapped head downward by his seatbelt, pinned with the weight of a large toolbox we had installed, while water swirled into the van. At first he could call to us, and then he held his breath and kept tapping on the window while Joe pulled the toolbox out of the way. ▓▓ and I sat above them and prayed while the dogs ran up and down the culvert bank, until Josiah and Jack emerged from the van. ▓▓ was pale and shaking and his lips were blue from the cold water, but he was conscious, coherent, and just had a nosebleed. While Josiah was making sure ▓▓ lungs were clear of water, checking him for concussion or injuries (good thing he has been certified in mountain rescue), I heard other vehicles, so I started yelling for help. Locals who regularly swept the area for people in such predicaments had seen the crazy tracks our van left going off the road. They had short-wave radios, because there is little to no cellular signal in the mountains. Scrambling up the steep, slippery mud of the culvert's bankside was a challenge I was glad to have help with. We were given blankets, and an ambulance was radioed for. Josiah retrieved our cats from the van—even our retarded Siamese kitten was fine—he just grizzled whiskers taking shelter in a broken taillight. Paperwork, hygeine items, toys and art supplies, kitchen things; floating in the water below as I looked down from the road. The water was only about ankle-deep and with an eddying motion where the culvert passed from under the road, so Joe and the people helping us were able to round up most of it. The children and I held onto the cats and dried them as best we could. The dogs galloped around as if this was a fine adventure. An ambulance arrived, and I accompanied Jack to the

pg 2

hospital, where he was treated for damage to one side of his neck and the water that had gotten into his lungs. Once ███ was able to be discharged from the hospital, we reunited with Josiah and ███ (and the dogs and cats). We had to stay in a motel while we searched for a new vehicle we could afford because the van would no longer serve our purposes. Amazingly, it would still start and drive, but the top was concertina-crumpled and the windows pulverized. Last I knew, that van was still active in the towing company's yard, hauling other defunct vehicles when they need to rearrange them.

    Josiah saved ███ life that day, by the grace of God— I recall the moment when we knew the van was going off the road: I closed my eyes, relaxed as best I could and prayed silently: "God, Heavenly Father, look kindly upon us. Deal mercifully with us poor sinners." Then I had a faceful of dashboard and the sound of water in my ears, its chill reaching my back and feet.

    I am so grateful that my prayers were answered, and the members of my family are alive. It was a truly frightening experience. I think it shook Joe badly; pulling our son out of the car seat, thinking he was probably dead. Thankfully, he did not give up, and made sure Jack lived, but I believe that was a moment of terror and trauma from which Josiah, as a father, has not yet fully recovered. The sensations of guilt (being the driver) and loss of the van and some (though not all) of the possessions with which he had been travelling were also very hard on his psychology. I think it felt like the final loss of the achievements he had made in our attempt at homebuilding. Many of his tools and materials for building and making items he hoped to create a business with, as well as much of our movie collection, were stolen from us by people who had said they would store our belongings while we got another vehicle, and the betrayal he felt in that instance added to the bitterness and despair building up in him.

Unfortunately, the rest of that winter did little to ameliorate those feelings. Our condition basically continued to ~~dete~~ deteriorate, and scant finances and hunger were

a constant, along with the cold time of year. Our survival was near the edge, and little in the way of good news seemed to be appearing. By Christmas of 2020, trips to the dollar store were our greatest luxury, and even those were barely affordable. At least we had a good tent, but with our car being our only source of electricity and fuel prices going up, we could just manage to keep our phone and flashlights charged. The area we were camping in had plenty of woody vegetation, but most of it was of poor variety for burning to begin with, and frost and damp climate did the rest to make it nearly impossible to have an adequate fire. The stroke of blessing in the matter was that, with our children being under age 12, they could legally fish without permits; and we had gotten donated dog treats that none of our animals recognized as food, but the catfish would bite on them. So our greatest source of protein was the fish our sons could pull up, along with as much eggs, cheese or peanut butter as we could manage on our weekly trip into town. It could have been worse, but we were all cold, hungry and tense most of the time. At night, once all our lights had run out of charge as we lay close together for warmth, I would feel Josiah shaking as he silently wept. He kept telling me he was losing his mind; he couldn't go on; he was sure God hated him. He thought he was some kind of curse, bringing trouble and hardship to myself and our children; that he was being punished for something and we would be better off without him. In this way, I agree that he was losing perspective, if not his mind, entirely. Those are not rational, measured thoughts; those are cracks in a person's sanity as they face more than they can cope with. Under those conditions, it is hardly surprising that some sort of desperate last-stand action would be appealing to Josiah's mind by the beginning of 2021.

The final traumatic experience I wish to discuss in this letter is that of his arrest. Guns pointed at the whole family. Everyone separated and questioned. I was also arrested at the time, and our children placed in the care of the state. Our dogs and

pg 3

cat were taken to the shelter, and I was unable to reclaim them. There is no question, this was a traumatic experience for our whole family. I watch as the boys tremble when they hear sirens in the distance - even I start feeling queasy. From my personal experience and my conversations with Josiah, Jack and Kelsier, none of us were able to eat much for the time of our initial seperation. It took almost a month after being reunited with the children for all three of us to stabilize and resume more normal eating and sleeping patterns. I am sure it is worse for Josiah, because he has not had the benefit of being physically present with our children.

As a further insight regarding my husband's actions and motives on January 6th, it is important to understand that he is incredibly tactically proficient - and I do mean incredibly. He trained extensively in martial arts and science (ask him about the difference in these terms) since age 3 and has experienced all sorts of altercations in the course of his homeless years. Through all of this experience, he has also learned compassion, restraint and precision. He can completely dominate a physical interaction while protecting the other person from harm. He is capable of doing just enough to get someone to stop with minimal actual damage. Based on his statements to me about his actions that day, he was trying to be frightening enough to get killed himself, while protecting the lives of as many others - officers of the law, other travellers to the Capitol, members of the media, anyone - as possible for him to do.

While I understand and accept that, within the structure of our nation's justice system, it is likely and potentially appropriate that Josiah spend some time incarcerated, I believe that such will not be of much benefit to him personally or to society overall. It is my belief that what my husband truly needs is therapeutic and practical support to become the productive, constructive citizen he so longs to be. Rather than the discouragement, villifying labels, and further difficulty obtaining work and so on that accompany a criminal record, he needs both godly counsel, fatherly encouragement, and resource assistance coming out of this present situation and whatever

sentencing follows thereupon. By this, I mean that—in my opinion—counselling and support groups would be of the essence. This is just my two cents, but I think it would be an extremely healing move to create such groups composed of both the law enforcement personnel and rioters (or whatever one would like to call them) who all shared an experience of normal-turned-crazy and battlefield-type trauma that day.

I also know that Josiah has some difficulty with wading through paperwork and waiting processes. He does not deal well with suspense, the possibility of rejection, and many of those other things that make applying for jobs or housing a tense experience. Patience waiting for an appointment in an office can be a challenge for him. An advocate to help with "red-tape" processes is something I have seen to be a valuable resource in helping Josiah succeed in the past. He has numerous useful skills, but he needs some support in the matter of putting himself on the employment market and sorting out the practical logistics to make it all possible. He immensely desires to be a good dad with a good job, bringing home treats to a family who are happy to see him. If he had those things, I don't think he would risk them for anything. But I don't think he will get there all on his own. He needs someone to help him navigate the process of achieving it, and I believe a supportive community of men in similar circumstances to encourage one another as well.

To assist in potential consideration of job-placement options for Josiah: he is proficient in woodsmanship and carpentry, construction, installation and general labor, training and care of animals, assembly and manufacturing, jobsite directing and human networking, just to name a few of his talents. He is also a good driver and expert swimmer. He has previously held certifications for many kinds of equipment operation, including forklifts, welding equipment and small-craft aviation.

Once again, I urge you and the people of our nation overall to consider the conditions of trauma leading to and resulting from the events of January 6, 2021; and

pg 4

the reparative benefits to individuals and our society as a whole of counsel and therapy bringing together those who participated from all angles. We are one nation and one people, who should support each other in creating liberty and justice for all.

I apologize for the extensive length of this letter and the variable quality of my handwriting, but I do appreciate your taking the time to read it, and I hope it provides some clarity regarding the character and needs of my husband, and the nature of his decisions.

Sincerely,
Elizabeth Kenyon