# EXHIBIT 3

April 23, 2022

To the Honorable Carl J. Nichols,

With the passage of Easter, my thoughts dwelt on restoration, renewal, and words of Scripture regarding repair, "binding up what has been broken"; and, of course, hope-redemption and the "lifting up of the crushed in spirit."

The concepts of healing and repair in respect to the American citizenry gave me special cause for reflection this year - for I perceive us to be, as a national populace, brokenhearted - divided amongst ourselves beyond the realm of healthy, balancing disputes; expressing mistrust and resentment of the institutions which define our model of government.

In the same way that a child perturbed by the imperfections of parents "acts out" in expressions of uncertainty and fear, disappointment and betrayal, I perceive the riots and upheavals of recent years to be a symptom of a group sense that our sense of trust and security in guiding and governing entities is deeply shaken. Many issues have percolated in our society for a long time; the world-jolting shock of COVID impact jarred routines and sensibilities such that I think many people reacted to all sorts of stimuli in ways they would not previously had done.

But regardless of root causes, the important work is "binding up" and healing as a nation, to rebuild our trust and restore our sense of sharing a purpose. To this work, collaboration is necessary, and I feel an urge to mention again the concept of therapeutic groups composed of people from "both sides" - so to speak - of the traumatic events occurring since 2020. Drawing divisions between protesters and police, retreating into "us and them" echo chambers, will not bring healing.

Josiah tells me he was "reasonably sure the government was plotting to kill us all" and "a big sickness was an excuse for death". He felt he was taking action to protect his family. This is an excellent example of the mistrust and fear blighting the psyche of our populace. However, we now have an excellent opportunity to perform the healing work of demonstrating how our system can care for both individuals' needs and the nation as a whole by means of sentencing including steps to address the problems at hand. Josiah's heart and motives are noble

and good, but his reasoning has been damaged by traumas and difficulties in his life. Experiences of social stigmatization, rejection and condemnation, and a sense of endless failure brought him to the stage of feeling generalized abandonment, betrayal and fear wherein he made the decisions of January, 2021. He was broken-hearted and crushed in hope. Thus, our family is now struggling more than ever. Our children need the proper influence of their father, and to provide that, Josiah needs steadying guidance and good counsel. He needs reassurance and a sense of trust, of having a sensible network he can rely on. It is my opinion that a support group of fathers working through personal and legal challenges would be of great benefit to him, along with assistance and mentoring in the matter of finding and managing resources — work, finances, food and housing, long-term budgeting goals, transportation — life is myriad problems to solve, and the psychological pressure can be too much for someone feeling all alone. Sentences of incarceration have their place and purpose, but a plan for constructive re-entry is an essential part of achieving function for individuals and society, rather than a revolving-door prison system.

Our children are the next generation of citizens, and their experience of this ordeal is a chance to shape their development and perceptions of the American system. This could traumatize, ~~deny~~ and destabilize them while creating an impression of "the system as the enemy," or it could ultimately help our family and provide a sense of trust in a functioning and ethical approach to how our society addresses ~~such~~ problems.

Apologies for handwriting, spelling and grammar, and blunt composition. Circumstances are not easy today, but I appreciate your time to read and consider this letter, which I hope finds you well.

Sincerely,

Elizabeth Kenyon